**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LESLIE COLE, | ) | CASE: 1:24-cv-08302 |
|     Plaintiff, | ) | JURY DEMANDED |
| | ) | |
| | ) | Judge: Hon. Andrea Wood |
| ADAPTHEALTH d/b/a TOTAL HOME | ) | |
| HEALTH SERVICES, | ) | Magistrate Judge: Hon. Heather McShain |
|     Defendant | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO POSTPONE THE HEARING ON**
**PLAINTIFF'S MOTION TO COMPEL**

NOW COMES Defendant AdaptHealth d/b/a Total Home Health Services ("AdaptHealth" or "Defendant"), by and through its undersigned counsel, and for its Unopposed Motion to Postpone the Hearing on Plaintiff's Motion to Compel. In support thereof, Defendant states as follows:

1.  On August 22, 2025, Plaintiff filed a Motion to Compel. (Dkt. 29).

2.  The Court entered a briefing schedule on Plaintiff's Motion to Compel and scheduled a hearing on the Motion for September 24, 2025. (Dkt. 28).

3.  On August 28, 2025, the Parties filed a Joint Motion to Extend Fact Discovery Deadline and Briefing Schedule on Plaintiff's Motion to Compel ("Joint Motion"), to accommodate Plaintiff's counsel's upcoming wedding and related travel. (Dkt. 30).

4.  The Court granted the Parties' Joint Motion on September 4, 2025, rescheduling the hearing on Plaintiff's Motion to Compel to October 14, 2025, and extending the fact discovery deadline to January 23, 2026. (Dkt. 31).

5.  Defendant's counsel, Amy Cortez, has pre-scheduled plans to be out of the country from October 8, 2025 - October 18, 2025, and is therefore unable to attend the October 14, 2025, hearing on Plaintiff's Motion to Compel.

6. On October 7, 2025, Defendant's counsel emailed Plaintiff's counsel to ask whether he had any objection to postponing the hearing on Plaintiff's Motion to Compel by one week, to October 21, 2025. Plaintiff's counsel responded that he had no objection.

7. This motion is not brought for any improper purpose or to cause undue delay, but solely to ensure both Parties are present for the hearing on Plaintiff's Motion to Compel.

## PRAYER FOR RELIEF

**WHEREFORE,** Defendant respectfully requests that this Court postpone the hearing on Plaintiff's Motion to Compel by one week, to October 21, 2025, or to a later date that works for the Court and grant any such other relief as the Court deems just and proper.

**DATED:** October 8, 2025

Respectfully submitted,

By: /s/ Amy R. Cortez
One of the Attorneys for Defendant
**ADAPTHEALTH, D/B/A TOTAL HOME HEALTH SERVICES**

Harry J. Secaras (ARDC No. 6201861)
Amy R. Cortez (ARDC No. 6335725)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, Illinois 60606
Telephone: 312.558.1220
harry.secaras@ogletree.com
amy.cortez@ogletree.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on October 8, 2025, the foregoing ***Defendant's Unopposed Motion to Postpone the Hearing on Plaintiff's Motion to Compel*** was filed electronically with the Clerk of the United States District Court for the Northern District of Illinois using its CM/ECF system, which sent notification of such filing to the following:

Uche O. Asonye
Dan A. Asonye
**Asonye and Associates**
100 North LaSalle Street
Suite 2115
Chicago, IL  60602
*uche@aa-law.com*
*dasonye@aa-law.com*

/s/ Amy R. Cortez
One of the Attorneys for Defendant
**ADAPTHEALTH, D/B/A TOTAL HOME
HEALTH SERVICES**